IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CHNJ INVESTORS, LLC,
        Plaintiff,

    v.

ROBERT T. KOGER, et al.,

        Defendants.

Civil Action
No. 12-1467 (JBS-KMW)

**ORDER**

IT IS this **25th** day of **November**, 2013 hereby

ORDERED that Plaintiff's Motion for Default Judgment [Docket Item 51] against Defendant Molinaro Koger, Inc., is DENIED; and it is further

ORDERED that Plaintiff has leave to refile within 14 days of the entry of this order its motion for default judgment, including documentation showing Molinaro Koger Inc.'s liability specifically.

                                      **s/ Jerome B. Simandle**
                                      JEROME B. SIMANDLE
                                      Chief U.S. District Judge